**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

MARCEL SMITH,

    Petitioner,

v.                                                        Case No. 07-cv-15274

RAYMOND BOOKER,

    Respondent.

_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying Petition for Writ of Habeas Corpus and Declining to Issue a Certificate of Appealability" dated January 29, 2010,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Raymond Booker and against Petitioner Marcel Smith. Dated at Detroit, Michigan, this 29th day of January, 2010.

                                                                        DAVID WEAVER
                                                                        CLERK OF THE COURT

                                                                        BY:/s/Lisa Wagner
                                                                        Lisa Wagner
                                                                        Deputy Clerk and Case Manager to
                                                                        Judge Robert H. Cleland